UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-1228 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew Strugar | MICHAEL R. SHERWIN |
| Matthew Strugar | Acting United States Attorney |
| D.C. Bar #1010198 | |
| Law Office of Matthew Strugar | BRIAN P. HUDAK |
| 3435 Wilshire Blvd., Suite 2910 | Acting Chief, Civil Division |
| Los Angeles, CA 90010 | |
| (323) 696-2299 | |
| matthew@matthewstrugar.com | By:   /s/ Michael A. Tilghman II |
| | MICHAEL A. TILGHMAN II |
| *Attorney for Plaintiff* | D.C. Bar # 988441 |
| | Assistant United States Attorney |
| | U.S. Attorney's Office, Civil Division |
| | 555 Fourth Street, NW |
| | Washington, DC 20530 |
| | (202) 252-7113 |
| | Michael.Tilghman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

Dated: January 22, 2021